■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY FISHER, Appellant.—Judgment, Supreme Court, New York County (Manuel Gomez, J.), rendered on September 9, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is denied. No opinion. Concur—Kupferman, J. P., Sullivan, Fein, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL WILLIAMS, Appellant.—Judgment, Supreme Court, Bronx County (Carmen Ciparick, J.), rendered on October 12, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is denied. No opinion. Concur—Kupferman, J. P., Sullivan, Fein, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL WILLIAMS, Appellant.—Judgment, Supreme Court, Bronx County (Eugene Nardelli, J.), rendered on October 31, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Fein, Kassal and Ellerin, JJ.

(September 17, 1985)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BILLY SANCHEZ, Appellant.—Judgment, Supreme Court, New York County (Beatrice Shainswit, J. at sentence; Michael Dontzin, J., at suppression hearing), rendered on April 21, 1983, unanimously affirmed, without prejudice to a motion made pursuant to CPL 440.10 addressed to the adequacy of counsel. No opinion. Concur—Murphy, P. J., Sandler, Asch, Bloom and Ellerin, JJ.